IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, Successor In Interest Via Merger to National City Bank, Successor In Interest Via Merger to Mid America Bank, FSB,<br><br>Plaintiff,<br><br>v.<br><br>Maria G. Hernandez; Juan Hernandez; Metrobank, Successor In Interest Via Merger To Metropolitan Bank and Trust Company,<br><br>Defendants. | Case No. 1:12-cv-08058<br><br>Assigned Judge: Amy J. St. Eve<br><br>Magistrate Judge: Young B. Kim |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, Successor In Interest Via Merger to National City Bank, Successor In Interest Via Merger to Mid America Bank, fsb, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Maria G. Hernandez;

Juan Hernandez;

Metrobank, Successor In Interest Via Merger to Metropolitan Bank and Trust Company by virtue of a Mortgage dated June 23, 2008, and recorded July 24, 2008, as Document No. 0820654042

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "1", and from the pleadings and admissions on file, there is no

genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

>PNC Bank, National Association, Successor In Interest Via Merger to National City Bank, Successor In Interest to Mid America Bank, fsb

>By: /s/Francis J. Pendergast, III
>One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Francis J. Pendergast, III (ARDC#3127593)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
fpendergast@crowleylamb.com